**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICHAEL MULHEARN, individually, and**
**DEBORAH MULHEARN, his wife, individually**
**and on behalf of R.M., a minor, as next friend,**
**and natural guardians,**

                    **Plaintiffs,**

**-vs-**                                                    **Case No.  6:01-cv-523-Orl-31KRS**

**K-MART CORPORATION ,**

                    **Defendant.**
_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

      The plaintiffs in this case are Michael and Deborah Mulhearn and their minor daughter.  The plaintiffs were originally represented by counsel, but that attorney was permitted to withdraw from representation of the plaintiffs on November 15, 2004.  Doc. No. 45.  Thereafter, plaintiffs indicated that they were seeking to hire another attorney, but to date no attorney has entered an appearance on their behalf.  *See* Doc. No. 50.

      The law permits Michael and Deborah Mulhearn to represent themselves on their individual claims.  However, under the law of this circuit, parents do not have the right to represent their children in federal court if they are not attorneys licensed to practice in this Court.  *Devine v. Indian River County Sch. Bd.*, 121 F.3d 576, 581 (11th Cir. 1997)("[W]e are compelled to follow the usual rule – that parents who are not attorneys may not bring a *pro se* action on their child's behalf –

because it helps to ensure that children rightfully entitled to legal relief are not deprived of their day in court by unskilled, if caring, parents.").

I issued an Order to Show Cause requiring the plaintiffs to retain counsel on or before August 4, 2006, or to show cause why the case should not be dismissed as to the minor child. Doc. No. 67. Plaintiff Michael Mulhearn responded to the Order to Show Cause with a request that he be given more time to retain an attorney. Doc. No. 73. This request has been denied, but with notice to Mr. and Mrs. Mulhearn that if an attorney files a notice of appearance on behalf of the minor child in this case, the attorney may also move to reopen the claims of the minor child, if appropriate. Doc. No. 76. Neither Mr. nor Mrs. Mulhearn filed any response to the Order to Show Cause, and no attorney entered an appearance on behalf of the minor child as of August 4, 2006.

Accordingly, I respectfully recommend that the Court dismiss the claims made on behalf of the minor child.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on August 7, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Parties
District Courtroom Deputy