# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL MULHEARN, individually, and**
**DEBORAH MULHEARN, his wife,**
**individually and on behalf of R.M., a minor,**
**as next friend, and natural guardians,**

            **Plaintiffs,**

-vs-                                                   Case No. 6:01-cv-523-Orl-31KRS

**K-MART CORPORATION ,**

            **Defendant.**

_____

## ORDER

This cause comes before the Court on the Magistrate Judge's Amended Order to Show Cause (Doc. No. 69) to dismiss claim on behalf of minor child due to failure of the parents, who are also plaintiffs in this case, to retain counsel on the child's behalf (Doc. No. 69) filed July 24, 2006.

On August 7, 2006, the United States Magistrate Judge issued a report (Doc. No. 77) recommending that the claims filed on behalf of the child be dismissed. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The claims filed on behalf of minor child are hereby DISMISSED without prejudice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 25th day of August, 2006.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE